

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00049-CV

_____

JESSE CEDILLO, JR., Appellant

V.

SOCORRO IRENE MARINELARENA CEDILLO, Appellee

---

On Appeal from the 325th District Court
Tarrant County, Texas
Trial Court No. 325-670640-19

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Memorandum Opinion by Chief Justice Sudderth

## MEMORANDUM OPINION

The trial court signed the final decree of divorce between the parties on December 27, 2019. Because no one filed any postjudgment motions to extend the appellate deadline, the notice of appeal was due January 27, 2020. *See* Tex. R. App. P. 26.1 (setting out deadlines to file notice of appeal); *see also* Tex. R. App. P. 4.1(a) (explaining computation of time). Appellant filed a notice of appeal over a year later, on February 26, 2021.

A timely filed notice of appeal is required to invoke an appellate court's jurisdiction. *Budri v. Humphreys*, No. 02-20-00345-CV, 2020 WL 7393735, at *1 (Tex. App.—Fort Worth Dec. 17, 2020, no pet.) (mem. op.). Accordingly, we notified Appellant of our concern that we lack jurisdiction over the appeal and gave him 10 days to file a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 44.3 (providing that a court of appeals must not dismiss an appeal for formal defects or irregularities in appellate procedure without allowing a reasonable time to correct or amend the defects or irregularities); *see also* Tex. R. App. P. 42.3(a) (providing for involuntary dismissal for want of jurisdiction).

No response has been filed. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

/s/ Bonnie Sudderth
Bonnie Sudderth
Chief Justice

Delivered:  May 13, 2021